DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRENCE BRODIE,**
Appellant,

v.

**JOHN WHITICAR** and **JAMES M. STUCKEY,**
Appellees.

No. 4D21-2228

[April 21, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 20000741CAAXMX.

Lawrence Brodie, Jensen Beach, pro se.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***